**Dismissed and Memorandum Opinion filed April 17, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00196-CV**
_____

**YEV TOLMACHYOV, Appellant**

**V.**

**EVERBANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1000871**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed January 13, 2012.  No clerk's record has been filed.  The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 16, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment.  *See* Tex. R. App. P. 37.3(b).   Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.